13 N.Y.2d 762 (1963)
The People of the State of New York ex rel. Salvatore Oddo, Appellant,
v.
Edward M. Fay, as Warden of Green Haven Prison, Respondent.
Court of Appeals of the State of New York.
Argued June 5, 1963.
Decided July 10, 1963.
Lauren D. Rachlin for appellant.
Louis J. Lefkowitz, Attorney-General (Winifred C. Stanley and Paxton Blair of counsel), for respondent.
Concur: Chief Judge DESMOND and Judges DYE, FULD, VAN VOORHIS, BURKE, FOSTER and SCILEPPI.
Order affirmed; no opinion.